UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FORTUNE BANK, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV426 HEA |
| THE STOCKER CONSTRUCTION COMPANY, | ) |
| Defendant. | ) |

## ORDER

The parties to this Adversary Bankruptcy Proceeding have moved this Court to withdraw the reference to the Bankruptcy Court, in light of Plaintiff's demand for a jury trial, [Doc. No 1]. They also request the Court to refer all pretrial matters to Judge Kathy A. Surratt-States. No objections have been filed.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion for Partial Withdrawal of the Reference under 28 U.S.C. § 157 and Fed.R.Bankr.P. 5011 is granted.

**IT IS FURTHER ORDERED** that the reference of the Adversary Proceeding in Bankruptcy Case 09BK46744 is withdrawn, and this matter shall be transferred to this Court for the jury trial.

**IT IS FURTHER ORDERED** that this matter is referred to Judge Surratt-States for consideration of all pretrial matters.

**IT IS FURTHER ORDERED** that this matter is set for a jury trial on September 12, 1011 at 9:30 a.m. in the Courtroom of the undersigned.

Dated this 13th day of April , 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE