UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FORTUNE BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV426 HEA |
| | ) |
| THE STOCKER CONSTRUCTION COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBYORDERED** that this matter is set for a jury trial on April 23, 2012, at 9:30 a.m. in the courtroom of the undersigned.

Dated this 25th day of July, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE